RUTH FEDESON et al., Respondents, v HOWARD JOHNSON TIKI RESORT INN, et al., Appellants. [899 NYS2d 723]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered June 15, 2009 in a personal injury action. The order denied defendants' motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Sconiers and Pine, JJ.

BARBARA A. MISLIN, Individually and as Administrator of the Estates of THEODORE W. MISLIN, SR., and Another, Deceased, Appellant, v CITY OF TONAWANDA SCHOOL DISTRICT et al., Respondents. [899 NYS2d 688]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered September 18, 2008 in an action for negligence and wrongful death. The order granted the motions of defendants to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Carni, Sconiers and Pine, JJ.